UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REMSEN,<br><br>      Plaintiff,<br><br>v.<br><br>Schools First Credit Union, et al.,<br><br>      Defendants. | Case No. 2:23-cv-06109-SB-JPR<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has reviewed de novo those portions of the Report and Recommendation to which objections were raised and finds the objections to be without merit. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Second Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Date: February 19, 2025

                                                  Stanley Blumenfeld, Jr.
                                                United States District Judge