JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REMSEN, <br><br> Plaintiff, <br><br> v. <br><br> Schools First Credit Union, et al., <br><br> Defendants. | Case No. 2:23-cv-06109-SB-JPR <br><br> FINAL JUDGMENT |

    For the reasons set forth in the accompanying Order Accepting Findings, Conclusions, and Recommendations of U.S. Magistrate Judge, this action is dismissed with prejudice.

Date: February 19, 2025

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge